IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Tracy Tucker, | ) | Civil Action No. 9-05-02091-SB-RSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL WITH PREJUDICE |
| | ) | |
| Piggly Wiggly, | ) | |
| | ) | |
| Defendant. | ) | |

WHEREAS, the Plaintiff, Tracy Tucker, and Defendant, Piggly Wiggly, have settled by compromise the above-entitled action;

NOW, THEREFORE, the Plaintiff and the Defendant hereby stipulate and agree that this action be dismissed <u>with prejudice</u>.

AND IT IS SO ORDERED.

The Honorable Sol Blatt, Jr.
United States District Court Judge

Dated: 11/27/06
Charleston, South Carolina